UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAUL BEAUDOIN, SR.,<br><br>        *Plaintiff*,<br><br>  v.<br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts,<br><br>        *Defendant*. | CIVIL ACTION 1:20-cv-11187-NMG |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
FOR INJUNCTIVE AND DECLARATORY RELIEF**

The Defendant, Governor Charles Baker, in his official capacity as Governor of the Commonwealth of Massachusetts ("Governor Baker"), moves the Court pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) to dismiss the Amended Complaint for Declaratory and Injunctive Relief by the Plaintiff, John Paul Beaudoin, Sr. (leave to file granted Nov. 24, 2020) (Doc. 31). In support of this motion, Governor Baker attaches a memorandum of law.

        Respectfully submitted,

        CHARLES BAKER, Governor of the Commonwealth of Massachusetts.

        By his attorney,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Michael A. Lafleur
        Maryanne Reynolds, BBO #627127
        Michael A. Lafleur, BBO #682500
        Assistant Attorneys General
        One Ashburton Place
        Boston, Massachusetts 02108
        (774) 214-4407
        (617) 963-2107
        Maryanne.Reynolds@mass.gov
        Michael.A.Lafleur@mass.gov

Date:   December 21, 2020

## LOCAL RULE 7.1 CERTIFICATION

    I hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

        /s/ Michael A. Lafleur
        Michael A. Lafleur

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and, if Plaintiff is not so identified and by agreement with Plaintiff, then an electronic copy will be sent to Plaintiff (being the only non-registered participant) at the email address johnbeaudoinsr@gmail.com.

        /s/ Michael A. Lafleur
        Michael A. Lafleur

Dated: December 21, 2020